# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

Bankruptcy Judge Sidney B. Brooks

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Case No. |
| CROSSOVER FINANCIAL I, LLC | ) | 11-24257-SBB |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| Employer's Tax Identification | ) | |
| No. [if any]: 20-3295455 | ) | |

## ORDER DENYING REQUEST TO APPROVE SECOND AMENDED DISCLOSURE STATEMENT

THIS MATTER comes before the Court on the Creditors Request to the Court to Approve the Second Amended Disclosure Statement to Accompany Debtor's Second Amended Chapter 11 Plan of Reorganization Dated March 8, 2013 Pursuant to 11 U.S.C. Section 1125 filed on April 10, 2013 (Docket #256).  The Court, having reviewed the file and finding there are outstanding objections to the adequacy of the Second Amended Disclosure Statement, does hereby

ORDER that the Creditors Request to the Court to Approve the Second Amended Disclosure Statement to Accompany Debtor's Second Amended Chapter 11 Plan of Reorganization Dated March 8, 2013 Pursuant to 11 U.S.C. Section 1125 filed on April 10, 2013 (Docket #256) is DENIED.

Dated this 18th day of April, 2013.

BY THE COURT:

_____
Sidney B. Brooks,
United States Bankruptcy Judge