United States Bankruptcy Court
District of Colorado

In re:  
Crossover Financial I, LLC  
      Debtor

Case No. 11-24257-SBB  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 1082-1      User: gentd      Page 1 of 2      Date Rcvd: Oct 02, 2013  
                           Form ID: pdf904      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2013.  
db          +Crossover Financial I, LLC,    P.O. Box 2645,    Elizabeth, CO 80107-2645

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2013                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2013 at the address(es) listed below:  
               Alan K. Motes    on behalf of U.S. Trustee    US Trustee Alan.Motes@usdoj.gov  
               D. Bruce Coles    on behalf of Creditor    First Regional Bank c/o Trust Administration Svcs Corp.  dwyss@qwestoffice.net, dbcoles@qwestoffice.net  
               D. Bruce Coles    on behalf of Creditor    First Regional Bank c/o Trust Administration Services Corp. dwyss@qwestoffice.net, dbcoles@qwestoffice.net  
               D. Bruce Coles    on behalf of Creditor    First Regional Bank dwyss@qwestoffice.net, dbcoles@qwestoffice.net  
               D. Bruce Coles    on behalf of Creditor    First Regional Bank c/o Trust Admin. Svcs. Corp. dwyss@qwestoffice.net, dbcoles@qwestoffice.net  
               D. Bruce Coles    on behalf of Creditor Ross Reineke dwyss@qwestoffice.net, dbcoles@qwestoffice.net  
               D. Bruce Coles    on behalf of Creditor    First Regional Bank c/o Trust Administration Svcs. Corp. dwyss@qwestoffice.net, dbcoles@qwestoffice.net  
               D. Bruce Coles    on behalf of Creditor Philip P & Nancy L DeCelles dwyss@qwestoffice.net, dbcoles@qwestoffice.net  
               Daniel K. Usiak, Jr.    on behalf of Creditor Kathleen H Barton daniel@usiaklaw.com, paralegal@usiaklaw.com  
               Daniel K. Usiak, Jr.    on behalf of Creditor    Integrity Bank & Trust daniel@usiaklaw.com, paralegal@usiaklaw.com  
               Daniel K. Usiak, Jr.    on behalf of Creditor William R. Bowman daniel@usiaklaw.com, paralegal@usiaklaw.com  
               Daniel K. Usiak, Jr.    on behalf of Creditor H Thomas Hall daniel@usiaklaw.com, paralegal@usiaklaw.com  
               Daniel K. Usiak, Jr.    on behalf of Creditor Bruce D. Hacker daniel@usiaklaw.com, paralegal@usiaklaw.com  
               Daniel K. Usiak, Jr.    on behalf of Creditor James House daniel@usiaklaw.com, paralegal@usiaklaw.com  
               Daniel K. Usiak, Jr.    on behalf of Creditor Geri A Bowman daniel@usiaklaw.com, paralegal@usiaklaw.com  
               Daniel K. Usiak, Jr.    on behalf of Creditor Nancy J. Hacker daniel@usiaklaw.com, paralegal@usiaklaw.com  
               Daniel K. Usiak, Jr.    on behalf of Creditor Louise M Hall daniel@usiaklaw.com, paralegal@usiaklaw.com  
               Daniel K. Usiak, Jr.    on behalf of Creditor Stephen L Schwartzbach daniel@usiaklaw.com, paralegal@usiaklaw.com  
               Daniel K. Usiak, Jr.    on behalf of Creditor Donna M. Harmon daniel@usiaklaw.com, paralegal@usiaklaw.com  
               Daniel K. Usiak, Jr.    on behalf of Creditor Curtis Massey daniel@usiaklaw.com, paralegal@usiaklaw.com  
               James T. Burghardt    on behalf of Interested Party    Rivers Development, Inc. jim.burghardt@moyewhite.com, kim.maynes@moyewhite.com  
               Jeffrey L. Weeks    on behalf of Creditor Nancy J. Hacker jeffrey@weeksluchetta.com, linda@weeksluchetta.com

```
District/off: 1082-1          User: gentd              Page 2 of 2              Date Rcvd: Oct 02, 2013
                              Form ID: pdf904          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Jeffrey L. Weeks    on behalf of Creditor Stephen L Schwartzbach jeffrey@weeksluchetta.com, linda@weeksluchetta.com
          Jeffrey L. Weeks    on behalf of Creditor    First Regional Bank jeffrey@weeksluchetta.com, linda@weeksluchetta.com
          Jeffrey L. Weeks    on behalf of Creditor    First Regional Bank c/o Trust Admin. Svcs. Corp. jeffrey@weeksluchetta.com, linda@weeksluchetta.com
          Jeffrey L. Weeks    on behalf of Creditor Curtis  Massey jeffrey@weeksluchetta.com, linda@weeksluchetta.com
          Jeffrey L. Weeks    on behalf of Creditor H Thomas Hall jeffrey@weeksluchetta.com, linda@weeksluchetta.com
          Jeffrey L. Weeks    on behalf of Creditor A. Bowman Geri jeffrey@weeksluchetta.com, linda@weeksluchetta.com
          Jeffrey L. Weeks    on behalf of Creditor    First Regional Bank c/o Trust Administration Svcs. Corp. jeffrey@weeksluchetta.com, linda@weeksluchetta.com
          Jeffrey L. Weeks    on behalf of Creditor Louise M Hall jeffrey@weeksluchetta.com, linda@weeksluchetta.com
          Jeffrey L. Weeks    on behalf of Creditor Geri A Bowman jeffrey@weeksluchetta.com, linda@weeksluchetta.com
          Jeffrey L. Weeks    on behalf of Creditor William R. Bowman jeffrey@weeksluchetta.com, linda@weeksluchetta.com
          Jeffrey L. Weeks    on behalf of Creditor    First Regional Bank c/o Trust Administration Svcs Corp. jeffrey@weeksluchetta.com, linda@weeksluchetta.com
          Jeffrey L. Weeks    on behalf of Creditor Kathleen H Barton jeffrey@weeksluchetta.com, linda@weeksluchetta.com
          Jeffrey L. Weeks    on behalf of Creditor Bruce D. Hacker jeffrey@weeksluchetta.com, linda@weeksluchetta.com
          Jeffrey L. Weeks    on behalf of Creditor    Integrity Bank & Trust jeffrey@weeksluchetta.com, linda@weeksluchetta.com
          Jeffrey L. Weeks    on behalf of Creditor    First Regional Bank c/o Trust Administration Services Corp. jeffrey@weeksluchetta.com, linda@weeksluchetta.com
          Jeffrey L. Weeks    on behalf of Creditor James  House jeffrey@weeksluchetta.com, linda@weeksluchetta.com
          Jeffrey L. Weeks    on behalf of Creditor Donna M. Harmon jeffrey@weeksluchetta.com, linda@weeksluchetta.com
          John Randolph Torbet    on behalf of Creditor Aimee  Rogers JRTorbet@torbetlaw.com
          John Randolph Torbet    on behalf of Creditor Sterling  Rogers JRTorbet@torbetlaw.com
          M. James Zendejas    on behalf of Interested Party Mitchell  Yellen jim@coloradolawgroup.com, linsey@coloradolawgroup.com
          Matthew A Gold    on behalf of Creditor    Argo Partners courts@argopartners.net
          Stephen C. Nicholls    on behalf of Plaintiff    Crossover Financial I, LLC steve.nicholls@nichollslaw.com, molly.joynt@nichollslaw.com
          Stephen C. Nicholls    on behalf of Debtor    Crossover Financial I, LLC steve.nicholls@nichollslaw.com, molly.joynt@nichollslaw.com
          Thomas F. Quinn    on behalf of Creditor Ross  Reineke tquinn@tfqlaw.com, officeadmin@tfqlaw.com
          US Trustee    USTPRegion19.DV.ECF@usdoj.gov
          William A. Richey    on behalf of Defendant    The DeCelles Trust dated January 10, 2006, Philip P. DeCelles, Trustee, or Nancy L. DeCelles, Trustee, by and through Philip P. DeCelles and Nancy L. DeCelles, as Co-Trustees lkraai@weinmanpc.com
          William A. Richey    on behalf of Creditor Philip P & Nancy L  DeCelles lkraai@weinmanpc.com
          William A. Richey    on behalf of Defendant    First Regional Bank, c/o Trust Administrative Services Corporation FBO Philip P. DeCelles, Account #xxx797, by and through Philip P. DeCelles, note holders lkraai@weinmanpc.com

                                                                                                                                         TOTAL: 50

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Sid Brooks

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy Case No. |
| CROSSOVER FINANCIAL I, LLC ) | 11-24257-SBB |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| Employer's Tax Identification ) | |
| No. [if any]: 20-3295455 ) | |

## NOTICE OF NON-EVIDENTIARY HEARING

NOTICE IS HEREBY GIVEN that a non-evidentiary hearing will be held on **Wednesday, November 6, 2013, at 10:30 a.m. in Courtroom C-402**, Byron Rogers Federal Courthouse, 1929 Stout Street, Denver, CO, regarding the adequacy of Debtor's Corrected Fourth Amended Disclosure Statement filed September 12, 2013 (Docket #351) and the Objection thereto filed by the Ross Reineke on September 26, 2013 (Docket #354).

Dated: October 2, 2013

BY ORDER OF THE COURT:
BRADFORD L. BOLTON, Clerk
By:    /s/ Linda Kimes
       Linda Kimes, Judicial Assistant
       United States Bankruptcy Court
       U.S. Custom House
       721 Nineteenth Street
       Denver, CO  80202-2508