# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO
Minutes of Electronically Recorded Proceeding
Held **November 6, 2013**, Before Honorable Sidney B. Brooks

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy Case No. |
| **Crossover Financial I, LLC** ) | 11-24257 - SBB |
| Tax ID/EIN; -20-3295455 ) | Chapter 11 |
| ) | |
| **Debtor(s).** ) | |

☒ Appearances:

Debtor(s), Crossover Financial I, LLC :   Counsel: <u>Stephen Nicholls</u>
Creditor,  Ross Reineke:   Counsel: <u>Thomas Quinn</u>
Creditor,  Bowman Creditors:   Counsel: <u>Dan, Usiak and Jeffrey Weeks</u>
Creditor,  DeCelles Creditors:   Counsel: <u>Bruce Coles</u> (by telephone)
Creditor:  Baker Creditros:   Counsel: <u>Steven Barr</u>

☐ No appearances:

Proceedings:   **Non-Evidentiary hearing regarding Adequacy of Debtor's Corrected Fourth Amended Disclosure Statement filed September 12, 2013 (Docket #351) and Objection thereto filed by Ross Reineke on September 26, 2013 (Docket #354).**

☒ Entry of appearances and statements/arguments made

☒ Evidentiary[1]

☒ **Mr. Nicholls addressed the Court regarding the status of the case.**

**Mr. Usiak, Mr. Quinn and Mr. Coles made statements regarding their respective clients' position on the matters of plan confirmation and approval of the disclosure statement.**

Orders:

☒ Oral findings and conclusions made of record

☒ IT IS ORDERED as follows:
1. For reasons stated on the record in open court, Adequacy of Debtor's Corrected Fourth Amended Disclosure Statement filed September 12, 2013 (Docket #351) is **DENIED.**
2. Debtor shall, **on or before November 20, 2013**, file with the Court and serve upon all parties present at today's hearing a Fifth Amended Disclosure Statement.
3. Creditors shall, on or before **November 27, 2013**, file with the Court and serve upon the Debtor objections to the Fifth Amended Disclosure Statement, if any.

IT IS FURTHER ORDERED that all pending objections to the Fourth Amended Disclosure Statement shall be considered outstanding until such time that the objection is withdrawn or resolved.

FOR THE COURT:
*Kelly J. Sweeney, Acting Clerk*
/s/ S. Pawar
By:   S. Pawar, Law Clerk

---

[1] Evidentiary for statistical reporting purposes.